IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LISA M. MESSER                                                               PLAINTIFF

vs.                          Civil No. 1:07-cv-1065

MICHAEL J. ASTRUE                                      DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 25th day of August 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                   /s/ Barry A. Bryant
                                                   HON. BARRY A. BRYANT
                                                   U. S. MAGISTRATE JUDGE